UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

WILLIAM HAMILTON,

                        Plaintiff,              3:14-CV-0118
                                                (GTS/ATB)
v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
_____

APPEARANCES:                                OF COUNSEL:

LACHMAN & GORTON                            PETER A. GORTON, ESQ.
  Counsel for Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, NY 13761

SOCIAL SECURITY ADMINISTRATION              SERGEI ADEN, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        The above matter comes to this Court following a Report-Recommendation by United

States Magistrate Judge Andrew T. Baxter, filed on April 8, 2015, recommending that the

Commissioner's decision denying disability benefits be reversed, and the case be remanded to

the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt.

No. 19.)  Objections to the Report-Recommendation have not been filed, and the time in which

to do so has expired.  (*See generally* Docket Sheet.)  After carefully reviewing all of the papers

herein, including Magistrate Judge Baxter's thorough Report-Recommendation, the Court can

find no clear error in the Report-Recommendation.[1]  As a result, the Report-Recommendation is accepted and adopted in its entirety; and the case is remanded to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Baxter's Report-Recommendation (Dkt. No. 19) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** the Commissioner's motion for judgment on the pleadings (Dkt. No. 15) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **REVERSED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:   May 13, 2015
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge

---

[1]      When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a *clear error* review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks and citations omitted).